JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARSHALL J. WILLIAMSON,

Plaintiff,

v.

DONALD PATTON, ET AL.,

Defendants.

Case No. 5:24-cv-02377-FWS-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice for failure to state a cognizable claim for relief.

Dated:  April 14, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE